

Christopher H. Lowe - Partner

420 Lexington
New York, New York 10017
Main: 212.392.4772
Direct: 212.444.1024
Fax: 212.444.1030
chris@lipskylowe.com

www.lipskylowe.com

July 23, 2021

<u>VIA ECF</u>
The Honorable Sanket J. Bulsara, U.S.M.J.
U.S. District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    <u>Fischler v. StyleMe; 1:21-cv-02634-EK-SJB</u>

Dear Magistrate Judge Bulsara:

      This firm represents Plaintiff Brian Fischler. We extend our sincere apologies for failing to respond to the Court's earlier order regarding Defendant's time to answer. The parties had reached an agreement in principle to amicably resolve this matter, but we inadvertently failed to advise the Court of that fact. The parties, accordingly, respectfully request (i) 30 days to finalize settlement and file Notice of Dismissal with Prejudice and (ii) that any existing deadlines and conferences be adjourned *sine die*.

      We appreciate the Court's consideration of these requests.

      Respectfully submitted,
      LIPSKY LOWE LLP


      <u>s/ Christopher H. Lowe</u>
      Christopher H. Lowe


CC:    Defendant (Via ECF)